UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Early Settlement Conference Project

---

| | |
|---|---|
| Randall J. May | Case No. 21-cv-710 ADM/ECW |
| Plaintiff, | |
| v. | **ORDER** |
| Delta Air Lines, | |
| Defendant. | |

---

The Court has reviewed the Complaint and Answer in the above-captioned case and determined that the parties and the Court may benefit from participation in the Early Settlement Conference Project. As the *pro se* litigant is in need of counsel to assist in the Settlement Conference process, it is hereby ORDERED that this case is assigned to the Early Settlement Conference Project, and shall be scheduled for a Settlement Conference after Special Settlement Conference Counsel enters a Notice of Limited Appearance for purposes of assisting the *pro se* litigant at the Settlement Conference.

**IT IS SO ORDERED:**

Dated:  September 9, 2021

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge