UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Early Settlement Conference Project**

| | |
|---|---|
| Randall J. May,<br><br>        Plaintiff,<br><br>-vs-<br><br>Delta Air Lines,<br><br>        Defendant. | Case No. 21-cv-710 ADM/ECW<br><br>**NOTICE OF LIMITED APPEARANCE** |

PLEASE TAKE NOTICE that Abou B. Amara, Jr. and Anthony Stauber, Attorneys with Gustafson Gluek PLLC, 120 S. Sixth Street, Suite 2600, Minneapolis, MN 55402, each appear as Special Settlement Conference Counsel for Randall J. May in the Court's referral of the above-captioned matter to the Early Settlement Conference Project. During the course of Special Settlement Conference Counsel's limited representation, Special Settlement Counsel and Randall J. May should be served with or copied on all correspondence, pleadings, and orders pertaining to the above-captioned matter.

Date: September 29, 2021           By: /s/ Abou B. Amara, Jr.
                                        Abou B. Amara, Jr. (MN # 0401146)
                                        Anthony Stauber (MN #
                                        Gustafson Gluek PLLC

                                        Special Settlement Conference Counsel
                                        for Randall J. May
                                        Pursuant to the Early Settlement
                                        Conference Project