UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Early Settlement Conference Project**

---

| | |
|---|---|
| Randall J. May, | Case No. 21-cv-710 ADM/ECW |
| Plaintiff, | |
| -vs- | **NOTICE OF LIMITED APPEARANCE** |
| Delta Air Lines, | |
| Defendant. | |

---

PLEASE TAKE NOTICE that Abou B. Amara, Jr. and Anthony Stauber, Attorneys with Gustafson Gluek PLLC, 120 S. Sixth Street, Suite 2600, Minneapolis, MN 55402, each appear as Special Settlement Conference Counsel for Randall J. May in the Court's referral of the above-captioned matter to the Early Settlement Conference Project. During the course of Special Settlement Conference Counsel's limited representation, Special Settlement Counsel and Randall J. May should be served with or copied on all correspondence, pleadings, and orders pertaining to the above-captioned matter.

Date: September 29, 2021

By: /s/ Anthony Stauber
 Anthony Stauber (MN # 0401093)
 Abou B. Amara, Jr. (MN # 0401146)
 Gustafson Gluek PLLC

 Special Settlement Conference Counsel
 for Randall J. May
 Pursuant to the Early Settlement
 Conference Project